# Court of Appeals
# of the State of Georgia

ATLANTA, _September 23, 2013_

*The Court of Appeals hereby passes the following order:*

## A13A2084. LAWSON v. THE STATE.

Appellant Lawson filed a motion asking this Court to remand this case so that the record of the proceedings below may be completed. Lawson's notice of appeal designated that nothing should be omitted from the record, including, specifically, a copy of the transcript of the hearing on Lawson's motion for a new trial. Accordingly, the Clerk of Superior Court of Bulloch County was required to transmit the entire lower court record to this Court, omitting nothing from the record on appeal. It appears, however, that no transcript of the motion for new trial hearing has been filed in the court below and, therefore, that the record is not complete. The Court having received no objection from the appellee, Lawson's motion to remand is hereby GRANTED, and this case is accordingly REMANDED to the Superior Court of Bulloch County with direction that the entire record be prepared and transmitted to this Court in accordance with OCGA § 5-6-43. The Court encourages the parties and the trial court to expedite this matter to avoid further delay in the disposition of this appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/23/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*